**Robert Lawrence WILLIAMS, Plaintiff-Appellant,**

v.

**Steve KEEFER; et al., Defendants-Appellees.**

**No. 16-15661**

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Robert Lawrence Williams, Pro Se

Stanley H. Brown, Jr., Attorney, Stanley H. Brown, Jr., Chartered, Reno, NV, for Defendants-Appellees Steve Keefer, City of Sparks, Sparks Police Dept., Sparks Chief of Police

Stanley H. Brown, Jr., Attorney, Stanley H. Brown, Jr., Chartered, Reno, NV, Chester H. Adams, Esquire, Sparks City Attorney's Office, Sparks, NV, for Defendants-Appellees Keating, Fye, Scott Hale-Byron

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM ***

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Robert Lawrence Williams appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging excessive force during his arrest. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Oyama v. Univ. of Hawaii*, 813 F.3d 850, 860 (9th Cir. 2015). We affirm.

The district court properly granted summary judgment because Williams failed to raise a genuine dispute of material fact as to whether the force used during his arrest was objectively unreasonable in light of the facts and circumstances. *See Graham v. Connor*, 490 U.S. 386, 395-97, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989) (setting forth the objective reasonableness standard for excessive force determinations).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.